ANTHONY J. SPARACO *v.* LAEL D. TENNEY, EXECUTRIX

The plaintiff's motion to set aside the judgment of the trial court and to remand the case for a new trial in the appeal from the Superior Court in Middlesex County is denied.

*Samuel H. Coxe,* for the appellant (plaintiff).

*Roger Sullivan,* for the appellee (defendant).

Argued June 7—decided June 7, 1977

A. CRISCUOLO TRUCKING COMPANY, INC. *v.* VELLECA CONSTRUCTION CORPORATION

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Joseph H. Pellegrino,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued June 7—decided June 7, 1977

MIDDLETOWN BOARD OF EDUCATION *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Middlesex County is denied.

*Francis O'Neill,* city attorney, for the appellee (plaintiff).

*David J. Della-Bitta,* assistant attorney general, for the appellant (named defendant).